# EXHIBIT A

5



FILED

2020 DEC 11  PM 4:23

KITTITAS COUNTY
SUPERIOR COURT CLERK

20-2-00337-19

**CIVIL**

K H T i t a s _____ COUNTY SUPERIOR COURT

Case Information Cover Sheet (CICS)

20-2-00337-19

Case Number_____    Case Title _____

**Attorney Name** _____    **Bar Membership Number** _____

Please check one category that best describes this case for indexing purposes. Accurate case indexing not only saves time in docketing new cases, but helps in forecasting needed judicial resources. Cause of action definitions are listed on the back of this form. Thank you for your cooperation.    *Form updated: 8/19/2019*

| | | | | | |
|---|---|---|---|---|---|
| ☐ | ABJ | Abstract of Judgment | ☐ | PRG | Property Damage – Gangs |
| ☐ | ALR | Administrative Law Review | ☐ | PRP | Property Damages |
| ☐ | ALRJT | Administrative Law Review-Jury Trial (L&I) | ☐ | QTI | Quiet Title |
| ☐ | BAT | Ballot Title | ☐ | RDR | Relief from Duty to Register |
| ☐ | CHN | Non-Confidential Change of Name | ☐ | RFR | Restoration of Firearm Rights |
| ☐ | CBC | Contractor Bond Complaint | ☐ | SDR | School District-Required Action Plan |
| ☐ | COL | Collection | ☐ | SER | Subdivision Election Process Law Review |
| ☐ | CON | Condemnation | ☐ | SPC | Seizure of Property-Commission of Crime |
| ☐ | COM | Commercial | ☐ | SPR | Seizure of Property-Resulting from Crime |
| ☐ | CRP | Pet. for Cert. of Restoration of Opportunity | ☐ | STK | Stalking Petition |
| ☐ | DOL | Appeal Licensing Revocation | ☐ | SXP | Sexual Assault Protection |
| ☐ | DVP | Domestic Violence | ☐ | TAX | Employment Security Tax Warrant |
| ☐ | EOM | Emancipation of Minor | ☐ | TAX | L & I Tax Warrant |
| ☐ | FJU | Foreign Judgment | ☐ | TAX | Licensing Tax Warrant |
| ☐ | FOR | Foreclosure | ☐ | TAX | Revenue Tax Warrant |
| ☐ | FPO | Foreign Protection Order | ☐ | TMV | Tort – Motor Vehicle |
| ☐ | HAR | Unlawful Harassment | ☐ | TRJ | Transcript of Judgment |
| ☐ | INJ | Injunction | ☐ | TTO | Tort – Other |
| ☐ | INT | Interpleader | ☐ | TXF | Tax Foreclosure |
| ☐ | LCA | Lower Court Appeal – Civil | ☐ | UND | Unlawful Detainer – Commercial |
| ☐ | LCI | Lower Court Appeal – Infractions | ☐ | UND | Unlawful Detainer – Residential |
| ☐ | LUPA | Land Use Petition Act | ☐ | VAP | Vulnerable Adult Protection Order |
| ☐ | MAL | Other Malpractice | ☐ | VEP | Voter Election Process Law Review |
| ☐ | MED | Medical Malpractice | ☐ | VVT | Victims of Motor Vehicle Theft-Civil Action |
| ☐ | MHA | Malicious Harassment | ☐ | WDE | Wrongful Death |
| ☑ | MSC2 | Miscellaneous – Civil | ☐ | WHC | Writ of Habeas Corpus |
| ☐ | MST2 | Minor Settlement – Civil (No Guardianship) | ☐ | WMW | Miscellaneous Writs |
| ☐ | PCC | Petition for Civil Commitment (Sexual Predator) | ☐ | WRM | Writ of Mandamus |
| ☐ | PFA | Property Fairness Act | ☐ | WRR | Writ of Restitution |
| ☐ | PIN | Personal Injury | ☐ | WRV | Writ of Review |
| ☐ | PRA | Public Records Act | ☐ | XRP | Extreme Risk Protection Order |
| | | | ☐ | XRU | Extreme Risk Protection Order Under 18 |

**IF YOU CANNOT DETERMINE THE APPROPRIATE CATEGORY, PLEASE DESCRIBE THE CAUSE OF ACTION BELOW**

*Please Note: Public information in court files and pleadings may be posted on a public Web site.*

