FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 22, 2021

SEAN F. MCAVOY, CLERK

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| STACY R. HAMMOND,<br><br>Plaintiff,<br><br>v.<br><br>ELLENSBURG SCHOOL DISTRICT<br>NO. 401,<br><br>Defendant. | No. 1:20-CV-03249-SAB<br><br>**ORDER DISMISSING ACTION WITHOUT PREJUDICE** |

On October 20, 2021, the Court issued an Order Granting Defendant's Motion to Dismiss, ECF No. 16. In the order, the Court dismissed Plaintiff's Complaint, ECF No. 1, Ex. D, and granted her leave to file an Amended Complaint. However, the Court stated "[o]n or before **December 21, 2021**, Plaintiff shall file a First Amended Complaint. If Plaintiff fails to comply with this Order, the action will be dismissed." ECF No. 16 at 3.

Plaintiff has still not submitted a First Amended Complaint. Thus, the Court dismisses this action without prejudice.

//
//
//
//
//
//

**ORDER DISMISSING ACTION WITHOUT PREJUDICE** # 1

Accordingly, **IT IS HEREBY ORDERED:**

1.      The above-captioned case is **DISMISSED without prejudice** for failure to submit a First Amended Complaint.

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to file this Order, provide a copy to *pro se* Plaintiff and counsel, and **close** the file.

**DATED** this 22nd day of December 2021.



Stanley A. Bastian
Chief United States District Judge

**ORDER DISMISSING ACTION WITHOUT PREJUDICE** # 2